**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1322**

_____

MCELROY COAL COMPANY,

     Petitioner,

   v.

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED
STATES DEPARTMENT OF LABOR; ROGER D. KENNEDY,

     Respondents.

_____

On Petition for Review of an Order of the Benefits Review Board.
(13-0592 BLA)

_____

Submitted:  November 30, 2015    Decided:  December 11, 2015

_____

Before WILKINSON, AGEE, and KEENAN, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Jeffrey R. Soukup, Kevin M. McGuire, Williams S. Mattingly,
JACKSON KELLY PLLC, Lexington, Kentucky, for Petitioner.  M.
Patricia Smith, Solicitor of Labor, Rae Ellen James, Associate
Solicitor, Gary K. Stearman, UNITED STATES DEPARTMENT OF LABOR,
Washington, D.C.; Anne Megan Davis, Thomas E. Johnson, JOHNSON,
JONES, SNELLING, GILBERT & DAVIS, P.C., Chicago, Illinois, for
Respondents.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

McElroy Coal Company seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's award of living miner benefits to former miner Roger D. Kennedy, pursuant to 30 U.S.C. §§ 901-945 (2012) and its subsequent order denying reconsideration. Our review of the record discloses that the ALJ's decision is based upon substantial evidence and that the Board's decision is without reversible error. Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>PETITION DENIED</u>